IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Intellectual Ventures II LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:18-CV-00299-JRG |
| Great West Casualty Company, | § § § | |
| Defendant. | § § | |

# **VERDICT FORM**

In answering the following questions, you are to follow the instructions I have given you. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. Please refer to the Final Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

- "Intellectual Ventures" refers to the Plaintiff Intellectual Ventures II LLC.

- "Great West" refers to Defendant Great West Casualty Company.

- The '177 patent refers to U.S. Patent No. 7,516,177, being the patent-in-suit.

## IT IS VERY IMPORANT THAT YOU FOLLOW THE

## INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.

## READ THEM CAREFULLY AND

## ENSURE YOUR VERDICT COMPLIES WITH THEM.

## QUESTION NO. 1

Did Intellectual Ventures prove by a preponderance of the evidence that Great West has infringed claim 14 of the '177 patent?

Answer "YES" or "NO":

<u>YES</u>

## QUESTION NO. 2

Did Great West prove by clear and convincing evidence that claim 14 of the '177 patent is invalid?

Answer "YES" or "NO":

__NO_____

**ANSWER QUESTION NO. 3 ONLY IF YOU HAVE ANSWERED "YES" TO QUESTION NO. 1 AND IF YOU HAVE ANSWERED "NO" TO QUESTION NO. 2. OTHERWISE, DO NOT ANSWER QUESTION NO. 3.**

**QUESTION NO. 3**

What sum of money, if any, paid now in cash, do you find by a preponderance of the evidence would fairly and reasonably compensate Intellectual Ventures for the infringement by Great West of claim 14 of the '177 patent?

Answer in Dollars and Cents, if any:

$ 1,500,000

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the verdict form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The jury foreperson should keep the verdict form and bring it when the jury is brought back into the courtroom.

Signed this ___13th___ day of March, 2019.


                                             **Jury Foreperson**