**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **Intellectual Ventures II LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Case No. 6:18-CV-299-JRG** |
| | § | |
| **Great West Casualty Company,** | § | |
| | § | |
| *Defendant.* | § | |

---

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BILL OF COSTS**

---

COMES NOW Plaintiff Intellectual Ventures II LLC, and respectfully requests extension of the deadline to file its request for bill of costs pursuant to 35 U.S.C. § 285 until 30 days after appeal is final. The Court entered its Final Judgment in this matter on March 18, 2019. Dkt No. 102. The current deadline for Intellectual Ventures II LLC to file its request for bill of costs is April 1, 2019. Intellectual Ventures II LLC respectfully requests extension of the deadline to file its request for bill of costs pursuant to 35 U.S.C. § 285 until 30 days after appeal of the above-captioned matter is final.

Counsel for Intellectual Ventures II LLC has conferred with counsel for Defendant and Defendant has indicated it does not oppose this motion.

Dated:  March 29, 2019

Respectfully submitted,

  /s/Karl Rupp
**DEREK GILLILAND**
STATE BAR NO. 24007239
**WINN CUTLER**
STATE BAR NO. 24084364
**ROSS LEONOUDAKIS**
STATE BAR NO. 24087915
**KARL RUPP**
State Bar No. 24035243
**NIX PATTERSON L.L.P.**
1845 Woodall Rodgers Fwy., Suite 1050
Dallas, Texas 75201
972.831.1188 (telephone)
972.444.0716 (facsimile)
dgilliland@nixlawfirm.com
winncutler@nixlawfirm.com
rossl@nixlawfirm.com
krupp@nixlaw.com

**TY WILSON**
STATE BAR NO. 24106583
**NIX PATTERSON L.L.P.**
205 Linda Drive
Daingerfield, Texas  75638
903.645.7333 (telephone)
903.645.4415 (facsimile)
benking@nixlawfirm.com
twilson@nixlaw.com

**ATTORNEYS FOR PLAINTIFF
INTELLECTUAL VENTURES II LLC**

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Plaintiff Intellectual Ventures II LLC, certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h).

/s/Karl Rupp
**Nix Patterson, LLP**

**Motion for Extension of Time to File Bill of Costs**                                      2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served on all counsel of record via the Court's CM/ECF filing system on this 29th day of March, 2019.

/s/Karl Rupp
**Nix Patterson, LLP**