IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Intellectual Ventures II LLC,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 6:18-CV-00299-JRG |
| | § | |
| **Great West Casualty Company,** | § | |
| | § | |
| *Defendant*. | § | |

## NOTICE OF DECISION ON REMAND

Pursuant to this Court's Standing Order Requiring Notice of Relevant Determinations from Related Proceedings in Cases Assigned to United States District Judge Rodney Gilstrap, Plaintiff Intellectual Ventures II LLC provides this Notice of Decision on Remand from *Inter Partes* Review IPR2015-01706.

On January 25, 2019, the Federal Circuit issued an Order requiring the Patent Trial and Appeal Board "to consider the patentability of the remaining claim 14 of U.S. Patent No. 7,516,177, under *SAS Institute, Inc. v. Iancu*, 138 S. Ct. 1348 (2018)." *See* Decision on Remand at 2 (Exhibit A). Upon remand the PTAB conducted an additional round of briefing and an oral hearing to determine whether claim 14 of the '177 patent was unpatentable. *Id*. at 3. The asserted grounds for unpatentability were anticipation under 35 U.S.C. § 102 and obviousness under 35 U.S.C. § 103 of claim 14 in light of MyLibrary—Eric Lease Morgan, *MyLibrary: A Model for Implementing a User-centered Customizable Interface to a Library's Collection of Iinformation Resources* (1999). *Id*. at 5.

As a result, on February 14, 2020, the PTAB held that Great West Casualty Company, BITCO General Insurance Corporation, and BITCO National Insurance Company did not meet their burden of showing that claim 14 of the '177 patent was anticipated or rendered obvious by MyLibrary. *Id*. at 21 & 23. A copy of that Decision is attached hereto as Exhibit A.

DATED:  February 19, 2020

  /s/ Derek Gilliland
**DEREK GILLILAND**
State Bar No. 24007239
**SOREY, GILLILAND & HULL, LLP**
109 W. Tyler
Longview, Texas  75601
903.212.2822  (Telephone)
903.212.2864  (Facsimile)
derek@soreylaw.com

**KARL RUPP**
State Bar No. 24035243
**NIX PATTERSON, LLP**
1845 Woodall Rodgers Frwy. Ste. 1050
Dallas, Texas 75201
972.831.1188  (Telephone)
972.444.0716  (Facsimile)
krupp@nixlaw.com

ATTORNEYS FOR PLAINTIFF
INTELLECTUAL VENTURES II LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been delivered to all counsel of record via the Court's CM/ECF system on this 19th day of February, 2020.

  /s/ *Derek Gilliland*
DEREK GILLILAND