IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Intellectual Ventures II LLC,** | § |
| *Plaintiff*, | § § § |
| v. | §  Case No. 6:18-CV-00299-JRG |
| **Great West Casualty Company,** | § § § |
| *Defendant*. | § |

### JOINT MOTION TO DISMISS AND STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Intellectual Ventures II LLC ("IV") and Defendant Great West Casualty Company ("Great West") hereby submit this Joint Motion to Dismiss and Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a).

WHEREAS Count 2 of IV's First Amended Complaint (No. 6:15-cv-00060-JRG, Dkt. No. 23) and Great West's Third and Fourth Counterclaims (No. 6:15-cv-00059-JRG, Dkt. No. 38) regarding U.S. patent No. 8,929,555 were dismissed with prejudice (No. 6:15-cv-00059-JRG, Dkt. No. 144).

WHEREAS IV and Great West have executed an agreement that resolves all remaining matters in controversy in this case.

Pursuant to Federal Rule of Civil Procedure 41(a), IV and Great West hereby stipulate to the following:

1

(i) IV's remaining claims and causes of action against Great West in its First Amended Complaint (No. 6:15-cv-00060-JRG, Dkt. No. 23) are dismissed with prejudice in their entirety;

(ii) Great West's remaining counterclaims against IV in its Answer to IV's First Amended Complaint, Affirmative Defenses, and Counterclaims (No. 6:15-cv-00059-JRG, Dkt. No. 38) are dismissed with prejudice in their entirety; and

(iii) Each party shall bear its own fees and costs.

Dated: July 22, 2020

| | |
|---|---|
| */s/ Karl Rupp* | */s/ Irene Yang* |
| **Karl Rupp** | **Harry Lee Gillam, Jr.** |
| NIX PATTERSON LLP | Texas State Bar No. 07921800 |
| Advancial Building, Suite 1050 | gil@gillamsmithlaw.com |
| 1845 Woodall Rodgers Freeway | Gillam & Smith, L.L.P. |
| Dallas, Texas 75201 | 303 South Washington Avenue |
| 972.831.1188 – Telephone | Marshall, Texas 75670 |
| 972.444.0716 – Facsimile | Telephone: (903) 934-8450 |
| krupp@nixlaw.com | Facsimile: (903) 934-9257 |
| | |
| **Derek Gilliland** | **Michael J. Bettinger** |
| Texas State Bar 24007239 | California State Bar No. 122196 |
| Of Counsel | (Admitted to the E.D. Tex. Bar) |
| SOREY LAW FIRM PLLC | mbettinger@sidley.com |
| 109 W. Tyler Street | **Irene Yang** |
| Longview, Texas 75601 | California State Bar No. 245464 |
| 903.212.2822 – Telephone | (Admitted to the E.D. Tex. Bar) |
| 903.212.2864 – Facsimile | irene.yang@sidley.com |
| derek@soreylaw.com | SIDLEY AUSTIN LLP |
| | 555 California Street, Suite 2000 |
| *Counsel for Plaintiff Intellectual Ventures II LLC* | San Francisco, CA 94104 |
| | Telephone: (415) 772-1200 |
| | Facsimile: (415) 772-7400 |

2

**Sharon Lee**
(admitted pro hac vice)
sharon.lee@sidley.com
**Samuel A. Dillon**
(admitted pro hac vice)
samuel.dillon@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

**Andrew T. Langford**
Texas State Bar No. 24087886
alangford@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75206
Telephone:  (214) 981-3300
Facsimile:  (214) 981-3400

*Counsel for Defendant Great West Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record have been served with the foregoing document by electronic mail on July 22, 2020.

*/s/ Karl Rupp*
Karl Rupp